440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CERAVISION, LIMITED,<br>Bletchly Park<br>Milton Keynes<br>England MK3 6EB<br>_____<br>Plaintiff<br>v.<br>LUXIM CORPORATION,<br>1171 Borregas Avenue<br>Sunnyvale, California 94089<br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**E-filing**

Civil Action No.

CV  08        2575

RS

## Summons in a Civil Action

To: *(Defendant's name and address)*
LUXIM CORPORATION
1171 Borregas Avenue
Sunnyvale, CA 94089

A lawsuit has been filed against you.

      Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Beth H. Parker, Esq.
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

_____
Name of clerk of court

MARY ANN BUCKLEY
Date: _____                    _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

O 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on LUXIM CORPORATION, by:

  (1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____ ; or

  (4) returning the summons unexecuted to the court clerk on _____ ; or

  (5) other (specify) _____
       _____
       _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com