1 | Bingham McCutchen LLP
  | BETH H. PARKER (SBN 104773)
2 | Three Embarcadero Center
  | San Francisco, CA 94111-4067
3 | Telephone: 415.393.2000
  | Facsimile: 415.393.2286
4 | beth.parker@bingham.com

5 | Bingham McCutchen LLP
  | SUSAN BAKER MANNING (SBN - 197350)
6 | 2020 K Street, NW
  | Washington, DC 20006-1806
7 | Telephone: (202) 373-6000
  | Facsimile: (202) 373-6001
8 | susan.manning@bingham.com

9 | Attorneys for Plaintiff
  | CERAVISION, LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CERAVISION, LIMITED, | No. C 08-02575 RS |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |
| v. | |
| LUXIM CORPORATION, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 27, 2008     Bingham McCutchen LLP

By: _____
Beth H. Parker
Attorneys for Plaintiff
CERAVISION, LIMITED