| Attorney or Party without Attorney: <br> BETH H. PARKER, ESQ. <br> BINGHAM MCCUTCHEN LLP <br> THREE EMBARCADERO CENTER <br> 27TH FLOOR <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415-393-2000 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| | Ref. No. or File No.: <br> 0000332920-25237 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

| Plaintiff: CERAVISION, LIMITED |
|---|
| Defendant: LUXIM CORPORATION |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV 08 2575 RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; COMPLAINT.

3. a. Party served:      LUXIM CORPORATION

4. Address where the party was served:      1171 BORREGAS AVENUE <br>      SUNNYVALE, CA 94089

5. I served the party:
   b. **by substituted service.** On: Thu., May. 22, 2008 at: 1:48PM by leaving the copies with or in the presence of: <br>      JULIAN CAREY, VICE PRESIDENT OF MARKETING
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows: <br> on behalf of: LUXIM CORPORATION <br> Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER      d. *The Fee for Service was:*

   First Legal Support Services <br>
   ATTORNEY SERVICES <br>
   1138 HOWARD STREET <br>
   San Francisco, CA 94103 <br>
   (415) 626-3111, FAX (415) 626-1331

        e. I am: (3) registered California process server <br>
            (i) Independent Contractor <br>
            (ii) Registration No.:    190 <br>
            (iii) County:    Marin

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, May. 23, 2008

   (DOUG SCHROEDER)

Judicial Council Form POS-010 <br>
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE <br>
SUMMONS IN A CIVIL

6420784.binmc-sf.134811