| Attorney or Party without Attorney:<br>BETH H. PARKER, ESQ.<br>BINGHAM MCCUTCHEN LLP<br>THREE EMBARCADERO CENTER<br>27TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-393-2000    FAX No: | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.:<br>0000332920-25237 |

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: CERAVISION, LIMITED

Defendant: LUXIM CORPORATION

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2575 RS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; COMPLAINT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Thu., May. 22, 2008
   b. Place of Mailing:       SAN FRANCISCO, CA 94103
   c. Addressed as follows:   LUXIM CORPORATION
                              1171 BORREGAS AVENUE
                              SUNNYVALE, CA 94089

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., May. 22, 2008 in the ordinary course of business.

5. *Person Serving:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                               d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES              e. I am: (3) registered California process server
      1138 HOWARD STREET                            (i)    Independent Contractor
      SAN FRANCISCO, CA 94103                       (ii)   Registration No.:   2008-0001044
   c. 415-626-3111                                  (iii)  County:             San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Fri, May. 23, 2008

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>By Mail | (AARON DANIEL)<br>6420784.binmc-sf.134811 |
|---|---|---|