```
 1  BINGHAM MCCUTCHEN LLP
    BETH H. PARKER (SBN 104773)
 2  beth.parker@bingham.com
    Three Embarcadero Center
 3  San Francisco, CA 94111-4067
    Telephone: 415.393.2000
 4  Facsimile: 415.393.2286

 5  BINGHAM MCCUTCHEN LLP
    SUSAN BAKER MANNING (SBN 197350)
 6  susan.manning@bingham.com
    2020 K Street, NW
 7  Washington, DC 20006-1806
    Telephone: 202.373.6000
 8  Facsimile: 202.373.6001

 9  Attorneys for Plaintiff
    CERAVISION LIMITED
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CERAVISION LIMITED,<br><br>          Plaintiff,<br>     v.<br><br>LUXIM CORPORATION,<br><br>          Defendant. | No. 08-2575<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
|---|---|

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 29, 2008

Bingham McCutchen LLP

By:_____/s/_____
Beth H. Parker
Attorneys for Plaintiff
CERAVISION LIMITED