1  BINGHAM MCCUTCHEN LLP
   BETH H. PARKER (SBN 104773)
2  beth.parker@bingham.com
   Three Embarcadero Center
3  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
4  Facsimile: 415.393.2286

5  BINGHAM MCCUTCHEN LLP
   SUSAN BAKER MANNING (SBN 197350)
6  susan.manning@bingham.com
   2020 K Street, NW
7  Washington, DC 20006-1806
   Telephone: 202.373.6000
8  Facsimile: 202.373.6001

9  Attorneys for Plaintiff
   CERAVISION LIMITED
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

15  CERAVISION LIMITED,                  | No. 08-2575
                                         |
16          Plaintiff,                   | PROOF SERVICE
       v.                                |
17                                       |
    LUXIM CORPORATION,                   |
18                                       |
            Defendant.                   |
19

20

21

22

23

24

25

26

27

28

CV 08-2575

PROOF OF SERVICE

| | |
|---|---|
| 1 | PROOF OF SERVICE |

2   I am over 18 years of age, not a party to this action and employed in the County

3   of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-

4   4067. I am readily familiar with the practice of this office for collection and processing of

5   correspondence for mailing with the United States Postal Service and correspondence is

6   deposited with the United States Postal Service that same day in the ordinary course of business.

7   Today I served the attached:

8   DECLINATION TO PROCEED BEFORE A MAGISTRATE
    JUDGE AND REQUEST FOR REASSIGNMENT TO A
9   UNITED STATES DISTRICT JUDGE

10  by causing a true and correct copy of the above to be placed in the United States Mail at San

11  Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows:

12  LUXIM CORPORATION
    1171 Borregas Avenue
13  Sunnyvale, CA 94089

14  I declare that I am employed in the office of a member of the bar of this court at

15  whose direction the service was made and that this declaration was executed on May 29, 2008.

16

17              _____
                        Margaret L. Pavao
18

19

20

21

22

23

24

25

26

27

28