**ORIGINAL**

1  Bingham McCutchen LLP
   BETH H. PARKER (SBN 104773)
2  Three Embarcadero Center
   San Francisco, CA 94111-4067
3  Telephone: 415.393.2000
   Facsimile: 415.393.2286
4  beth.parker@bingham.com

5  Bingham McCutchen LLP
   SUSAN BAKER MANNING (SBN - 197350)
6  2020 K Street, NW
   Washington, DC 20006-1806
7  Telephone: (202) 373-6000
   Facsimile: (202) 373-6001
8  susan.manning@bingham.com

9  Attorneys for Plaintiff
   CERAVISION, LIMITED
10

**Filed**

JUN - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13                    SAN JOSE DIVISION
14

15 | CERAVISION, LIMITED,              | No. C 08-02575 RS
16 |         Plaintiff,                 | **APPLICATION FOR ADMISSION OF**
   |    v.                              | **ATTORNEY *PRO HAC VICE***
17 | LUXIM CORPORATION,                 |
18 |         Defendant.                 |
19

20      Pursuant to Civil L.R. 11-3, R. Danny Huntington, an active member in good standing of the
21
   bar of the District of Columbia (Bar No.: 310177), hereby applies for admission to practice in the
22
   Northern District of California on a *pro hac vice* basis representing Ceravision, Limited in the above-
23
24 entitled action.

25      In support of this application, I certify on oath that:

26      1.   I am an active member in good standing of the United States District Court for the
27           District of Columbia, as indicated above;
28

A/72548108.1/3008462-0000332920                                              C 08-02575 RS

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

1  2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-04, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Beth Parker
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone No.: 415-393-2556

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 29, 2008                    Bingham McCutchen LLP


By: _R. Danny Huntington_
R. Danny Huntington
Attorney for Plaintiff
CERAVISION, LIMITED

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***