# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **CERAVISION LIMITED** | **C 08-02575 RS** |
| Plaintiff(s), | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| vs. | |
| **LUXIM CORPORATION,** | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

The initial Case Management Conference previously set for **September 10, 2008 at 2:30 p.m.,** before Magistrate Judge Richard Seeborg will **not** be held. An initial Case Management Conference will need to be re-set before the newly assigned District Judge.

Dated: June 3, 2008

RICHARD W. WIEKING,
Clerk of Court

/s/
By: Martha Parker Brown
Deputy Clerk