Bingham McCutchen LLP
BETH H. PARKER (SBN 104773)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
beth.parker@bingham.com

Bingham McCutchen LLP
SUSAN BAKER MANNING (SBN - 197350)
2020 K Street, NW
Washington, DC 20006-1806
Telephone: (202) 373-6000
Facsimile: (202) 373-6001
susan.manning@bingham.com

Attorneys for Plaintiff
CERAVISION, LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CERAVISION, LIMITED,<br><br>Plaintiff,<br>v.<br><br>LUXIM CORPORATION,<br><br>Defendant. | No. C 08-02575 RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Timothy A Molino, an active member in good standing of the bar of the District of Columbia (Bar No.: 496814), hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Ceravision, Limited in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United States District Court for the District of Columbia, as indicated above;

A/72548118.1/3008462-0000332920

C 08-02575 RS

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-04, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Beth Parker
> Three Embarcadero Center
> San Francisco, California 94111-4067
> Telephone No.: 415-393-2556

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 29, 2008

Bingham McCutchen LLP

By: _____
Timothy A Molino
Attorney for Plaintiff
CERAVISION, LIMITED

A/72548118.1/3008462-0000332920                 2                 C 08-02575 RS

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***