ORIGINAL

1  Bingham McCutchen LLP
   BETH H. PARKER (SBN 104773)
2  Three Embarcadero Center
   San Francisco, CA 94111-4067
3  Telephone: 415.393.2000
   Facsimile: 415.393.2286
4  beth.parker@bingham.com

5  Bingham McCutchen LLP
   SUSAN BAKER MANNING (SBN - 197350)
6  2020 K Street, NW
   Washington, DC 20006-1806
7  Telephone: (202) 373-6000
   Facsimile: (202) 373-6001
8  susan.manning@bingham.com

9  Attorneys for Plaintiff
   CERAVISION, LIMITED
10

   *Filed JUN - 3 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

11              UNITED STATES DISTRICT COURT
12             NORTHERN DISTRICT OF CALIFORNIA
13                    SAN JOSE DIVISION
14

15  CERAVISION, LIMITED,                    No. C 08-02575 RS

16              Plaintiff,                  APPLICATION FOR ADMISSION OF
        v.                                  ATTORNEY *PRO HAC VICE*
17
    LUXIM CORPORATION,
18
                Defendant.
19

20
         Pursuant to Civil L.R. 11-3, B. Jefferson Boggs, an active member in good standing of the
21
    bar of the District of Columbia (Bar No.: 496752), hereby applies for admission to practice in the
22
    Northern District of California on a *pro hac vice* basis representing Ceravision, Limited in the above-
23
    entitled action.
24
         In support of this application, I certify on oath that:
25
26  1.   I am an active member in good standing of the United States District Court for the
27       District of Columbia, as indicated above;
28

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-04, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>   Beth Parker
>   Three Embarcadero Center
>   San Francisco, California 94111-4067
>   Telephone No.: 415-393-2556

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 29, 2008                Bingham McCutchen LLP

By: _____
   B. Jefferson Boggs
   Attorney for Plaintiff
   CERAVISION, LIMITED

A/72548114.1/3008462-0000332920        2        C 08-02575 RS

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***