| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>BETH H. PARKER (SBN 104773) |
| 2 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 3 | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 |
| 4 | beth.parker@bingham.com |
| 5 | Bingham McCutchen LLP<br>SUSAN BAKER MANNING (SBN - 197350) |
| 6 | 2020 K Street, NW<br>Washington, DC 20006-1806 |
| 7 | Telephone:  (202) 373-6000<br>Facsimile:  (202) 373-6001 |
| 8 | susan.manning@bingham.com |
| 9 | Attorneys for Plaintiff<br>CERAVISION, LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CERAVISION, LIMITED,<br><br>    Plaintiff,<br>v.<br><br>LUXIM CORPORATION,<br><br>    Defendant. | No. C 08-02575 SI<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1  Timothy A. Molino, an active member in good standing of the bar of the District of
2  Columbia (Bar No. 496814) whose business address and telephone number is 2020 K Street, NW,
3  Washington, DC 20006-1806 having applied in the above-entitled action for admission to practice in
4  the Northern District of California on a *pro hac vice* basis, representing Ceravision, Limited,
5  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
6  and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro*
7  *hac vice*.  Service of papers upon and communication with co-counsel designated in the
8  application will constitute notice to the party.  All future filings in this action are subject to the
9  requirements contained in General Order No. 45, *Electronic Case Filing*.
10 Dated: _____

_____
The Honorable Richard Seeborg
United States Magistrate Judge