1  Bingham McCutchen LLP
   BETH H. PARKER (SBN 104773)
2  Three Embarcadero Center
   San Francisco, CA 94111-4067
3  Telephone: 415.393.2000
   Facsimile: 415.393.2286
4  beth.parker@bingham.com

5  Bingham McCutchen LLP
   SUSAN BAKER MANNING (SBN - 197350)
6  2020 K Street, NW
   Washington, DC 20006-1806
7  Telephone: (202) 373-6000
   Facsimile: (202) 373-6001
8  susan.manning@bingham.com

9  Attorneys for Plaintiff
   CERAVISION, LIMITED
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

15 CERAVISION, LIMITED,                    No. C 08-02575 SI

16            Plaintiff,                   **[PROPOSED] ORDER GRANTING
              v.                           APPLICATION FOR ADMISSION
17                                         OF ATTORNEY *PRO HAC VICE***
   LUXIM CORPORATION,
18
              Defendant.
19

20

21

22

23

24

25

26

27

28

A/72548435.1/3008462-0000332920

C 08-02575 RS

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

1   R. Danny Huntington, an active member in good standing of the bar of the District of
2   Columbia (Bar No. 310177) whose business address and telephone number is 2020 K Street, NW,
3   Washington, DC 20006-1806 having applied in the above-entitled action for admission to practice in
4   the Northern District of California on a *pro hac vice* basis, representing Ceravision, Limited,
5   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
6   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
7   *hac vice*. Service of papers upon and communication with co-counsel designated in the
8   application will constitute notice to the party. All future filings in this action are subject to the
9   requirements contained in General Order No. 45, *Electronic Case Filing*.
10  Dated: _____

The Honorable Richard Seeborg
United States Magistrate Judge