1  Bingham McCutchen LLP
   BETH H. PARKER (SBN 104773)
2  Three Embarcadero Center
   San Francisco, CA 94111-4067
3  Telephone: 415.393.2000
   Facsimile: 415.393.2286
4  beth.parker@bingham.com

5  Bingham McCutchen LLP
   SUSAN BAKER MANNING (SBN - 197350)
6  2020 K Street, NW
   Washington, DC 20006-1806
7  Telephone: (202) 373-6000
   Facsimile: (202) 373-6001
8  susan.manning@bingham.com

9  Attorneys for Plaintiff
   CERAVISION, LIMITED
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14

15 CERAVISION, LIMITED,                    No. C 08-02575 SI

16         Plaintiff,                      **[PROPOSED] ORDER GRANTING
           v.                              APPLICATION FOR ADMISSION
17                                         OF ATTORNEY *PRO HAC VICE***
   LUXIM CORPORATION,
18
           Defendant.
19

20

21

22

23

24

25

26

27

28

A/72548375.1/3008462-0000332920                          C 08-02575 RS

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

1    B. Jefferson Boggs, an active member in good standing of the bar of the District of
2    Columbia (Bar No. 496752) whose business address and telephone number is 2020 K Street, NW,
3    Washington, DC 20006-1806 having applied in the above-entitled action for admission to practice in
4    the Northern District of California on a *pro hac vice* basis, representing Ceravision, Limited,
5    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
6    and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
7    *hac vice*. Service of papers upon and communication with co-counsel designated in the
8    application will constitute notice to the party. All future filings in this action are subject to the
9    requirements contained in General Order No. 45, *Electronic Case Filing*.
10   Dated: _____
11
12                                                    _____
13                                                    The Honorable Richard Seeborg
                                                      United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28