1 | Bingham McCutchen LLP
BETH H. PARKER (SBN 104773)
2 | Three Embarcadero Center
San Francisco, CA 94111-4067
3 | Telephone: 415.393.2000
Facsimile: 415.393.2286
4 | beth.parker@bingham.com

5 | Bingham McCutchen LLP
SUSAN BAKER MANNING (SBN - 197350)
6 | 2020 K Street, NW
Washington, DC 20006-1806
7 | Telephone: (202) 373-6000
Facsimile: (202) 373-6001
8 | susan.manning@bingham.com

9 | Attorneys for Plaintiff
CERAVISION, LIMITED

10

*IT IS SO ORDERED*
*Judge Susan Illston*

FILED JUN - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

14

15 | CERAVISION, LIMITED,                          No. C 08-02575 RS

16 |              Plaintiff,                      **APPLICATION FOR ADMISSION OF**
     v.                                           **ATTORNEY *PRO HAC VICE***
17
     LUXIM CORPORATION,
18
                  Defendant.
19

20

21 | Pursuant to Civil L.R. 11-3, B. Jefferson Boggs, an active member in good standing of the

22 | bar of the District of Columbia (Bar No.: 496752), hereby applies for admission to practice in the

23 | Northern District of California on a *pro hac vice* basis representing Ceravision, Limited in the above-

24 | entitled action.

25 | In support of this application, I certify on oath that:

26 | 1.      I am an active member in good standing of the United States District Court for the

27 |         District of Columbia, as indicated above;

28

A/72548114.1/3008462-0000332920

C 08-02575 RS

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

| | | |
|---|---|---|
| 1 | 2. | I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-04, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this court; and, |
| 5 | 3. | An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: |

Beth Parker
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone No.: 415-393-2556

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 29, 2008                    Bingham McCutchen LLP

By: _____
B. Jefferson Boggs
Attorney for Plaintiff
CERAVISION, LIMITED

A/72548114.1/3008462-0000332920                    2                    C 08-02575 RS

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*