ORIGINAL

1  Bingham McCutchen LLP
   BETH H. PARKER (SBN 104773)
2  Three Embarcadero Center
   San Francisco, CA  94111-4067
3  Telephone:  415.393.2000
   Facsimile:  415.393.2286
4  beth.parker@bingham.com

5  Bingham McCutchen LLP
   SUSAN BAKER MANNING (SBN - 197350)
6  2020 K Street, NW
   Washington, DC 20006-1806
7  Telephone:  (202) 373-6000
   Facsimile:  (202) 373-6001
8  susan.manning@bingham.com

9  Attorneys for Plaintiff
   CERAVISION, LIMITED
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14

15  CERAVISION, LIMITED,                 No. C 08-02575 RS

16              Plaintiff,               **APPLICATION FOR ADMISSION OF
                                         ATTORNEY *PRO HAC VICE***
       v.
17
    LUXIM CORPORATION,
18
                Defendant.
19

20        Pursuant to Civil L.R. 11-3, Timothy A Molino, an active member in good standing of the

21  bar of the District of Columbia (Bar No.: 496814), hereby applies for admission to practice in the

22  Northern District of California on a *pro hac vice* basis representing Ceravision, Limited in the above-

23
    entitled action.
24
          In support of this application, I certify on oath that:
25
    1.        I am an active member in good standing of the United States District Court for the
26
              District of Columbia, as indicated above;
27

28

A/72548118.1/3008462-0000332920                                    C 08-02575 RS

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

IT IS SO ORDERED

Susan Illston

Judge Susan Illston

Filed
JUN - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

2    Rule 11-04, to comply with General Order No. 45, Electronic Case Filing, and to

3    become familiar with the Local Rules and the Alternative Dispute Resolution

4    programs of this court; and,

5    3.    An attorney who is a member of the bar of this Court in good standing and who

6    maintains an office within the State of California has been designated as co-counsel

7    in the above-entitled action.  The name, address and telephone number of that

8    attorney is:

9

10    Beth Parker
Three Embarcadero Center
San Francisco, California 94111-4067
11    Telephone No.: 415-393-2556

12

I declare under penalty of perjury that the foregoing is true and correct.

13

DATED:  May 29, 2008          Bingham McCutchen LLP

14

15

16    By:_____

17    Timothy A Molino
Attorney for Plaintiff
CERAVISION, LIMITED

18

19

20

21

22

23

24

25

26

27

28

A/72548118.1/3008462-0000332920    2    C 08-02575 RS

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***