| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>BETH H. PARKER (SBN 104773) |
| 2 | beth.parker@bingham.com<br>Three Embarcadero Center |
| 3 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 |
| 4 | Facsimile: 415.393.2286 |
| 5 | BINGHAM MCCUTCHEN LLP<br>SUSAN BAKER MANNING (SBN 197350) |
| 6 | susan.manning@bingham.com<br>2020 K Street, NW |
| 7 | Washington, DC 20006-1806<br>Telephone: 202.373.6000 |
| 8 | Facsimile: 202.373.6001 |
| 9 | Attorneys for Plaintiff<br>CERAVISION LIMITED |
| 10 | |
| 11 | UNITED STATES DISTRICT COURT |
| 12 | NORTHERN DISTRICT OF CALIFORNIA |
| 13 | SAN FRANCISCO DIVISION |
| 14 | |
| 15 | CERAVISION LIMITED, |
| 16 | Plaintiff, |
| | v. |
| 17 | LUXIM CORPORATION, |
| 18 | Defendant. |

No. C 08-02575 SI

PROOF SERVICE

A/72551552.1/3008462-0000332920                                                                NO. C 08-02575 SI

PROOF OF SERVICE

## PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

ORDER FOR ADMISSION OF ATTORNEY PRO HAC VICE (DANNY HUNTINGTON)

ORDER FOR ADMISSION OF ATTORNEY PRO HAC VICE (TIMOTHY A. MOLINO)

ORDER FOR ADMISSION OF ATTORNEY PRO HAC VICE (B. JEFFERSON BOGGS)

NOTICE OF INITIAL CASE MANAGEMENT CONFERENCE

CASE MANAGEMENT CONFERENCE ORDER

by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows:

Terry Kearney, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Attorney for Luxim Corporation

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on June 6, 2008.

_Margaret Pavao_
Margaret L. Pavao

A/72551552.1/3008462-0000332920        2        NO. C 08-02575 SI