BETH H. PARKER, SBN 104773
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415-393-2556
Facsimile: 415-393-2286
beth.parker@bingham.com

R. DANNY HUNTINGTON (PRO HAC VICE)
B. JEFFERSON BOGGS (PRO HAC VICE)
SUSAN BAKER MANNING, SBN 197350
TIMOTHY A MOLINO (PRO HAC VICE)
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, DC 20006-1806
Telephone: 202-373-6000
Facsimile: 202-373-6001
danny.huntington@bingham.com
jeff.boggs@bingham.com
susan.manning@bingham.com
timothy.molino@bingham.com

Attorneys for Plaintiff
Ceravision, Limited

ROBERT C. MORGAN, SBN 46348
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: 212-596-9000
Facsimile: 212-596-9090
robert.morgan@ropesgray.com

TERRY KEARNEY, SBN 160054
MATTHEW A. ARGENTI, SBN 240954
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650-493-9300
Facsimile: 650-565-5100
tkearney@wsgr.com
margenti@wsgr.com

Attorneys for Defendant
Luxim Corporation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CERAVISION LIMITED,<br><br>　　　　　Plaintiff<br>　v.<br><br>LUXIM CORPORATION,<br><br>　　　　　Defendant. | CASE NO.: C 08-02575 SI<br><br>**CIVIL L.R. 6-1(a) STIPULATION EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

WHEREAS, defendant Luxim Corporation was served with the complaint in this action on May 22, 2008 (Docket No. 7) and is required, pursuant to Fed. R. Civ. P. 12, to respond to that complaint by June 11, 2008;

WHEREAS, Luxim requests an extension until July 9, 2008 to respond to the complaint;

WHEREAS, plaintiff Ceravision Limited does not oppose Luxim's above-described request for an extension of time; and

1  WHEREAS, the above-described change will not alter the date of any event or any deadline already fixed by Court order;

3  IT IS THEREFORE STIPULATED, pursuant to Civil L.R. 6-1(a), that the date by which Luxim must respond to Ceravision's complaint is extended from June 11, 2008 to July 9, 2008.

| BINGHAM McCUTCHEN LLP | WILSON SONSINI GOODRICH & ROSATI |
|---|---|
| By: /s/ Susan Baker Manning<br>    Susan Baker Manning | By: /s/ Matthew A. Argenti<br>    Matthew A. Argenti |
| Dated: June 9, 2008 | Dated: June 9, 2008 |
| Attorneys for Plaintiff<br>Ceravision Limited | Attorneys for Defendant<br>Luxim Corporation |

Filer's Attestation: Pursuant to General Order No. 45, Section X(b) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Susan Baker Manning.

| Dated: June 9, 2008 | WILSON SONSINI GOODRICH & ROSATI |
|---|---|
|  | By: /s/ Matthew A. Argenti<br>    Matthew A. Argenti |
|  | Attorneys for Defendant<br>Luxim Corporation |