| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>JAMES B. LEWIS (SBN 71669) |
| 2 | 1900 University Avenue<br>East Palo Alto, CA 94303-2223 |
| 3 | Telephone: 650.849.4400<br>Facsimile: 650.849.4800 |
| 4 | james.lewis@bingham.com |
| 5 | BINGHAM McCUTCHEN LLP<br>R. DANNY HUNTINGTON (PRO HAC VICE) |
| 6 | B. JEFFERSON BOGGS (PRO HAC VICE)<br>SUSAN BAKER MANNING (SBN 197350) |
| 7 | TIMOTHY A MOLINO (PRO HAC VICE)<br>2020 K Street, NW |
| 8 | Washington, DC 20006-1806<br>Telephone: (202) 373-6000 |
| 9 | Facsimile: (202) 373-6001<br>danny.huntington@bingham.com |
| 10 | jeff.boggs@bingham.com<br>susan.manning@bingham.com |
| 11 | timothy.molino@bingham.com |
| 12 | Attorneys for Plaintiff<br>CERAVISION, LIMITED |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CERAVISION, LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>LUXIM CORPORATION,<br><br>    Defendant. | No. C 08-02575 SI<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE**<br><br>Judge:   Hon. Susan Illston |

A/72575389.1/3008462-0000332920                                                                  No. C 08-02575 SI

NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCES

1  TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,

2  SAN FRANCISCO DIVISION AND TO ALL PARTIES AND THEIR ATTORNEYS OF

3  RECORD:

4      I am a partner at Bingham McCutchen LLP, counsel of record for Plaintiff

5  Ceravision, Limited ("Ceravision") in the above matter.  Please take notice that Beth H. Parker is

6  no longer at Bingham McCutchen LLP.  Pursuant to Local Rule 11-5(a), Ceravision hereby

7  moves to withdraw the appearance of Ms. Parker in this matter and requests that her name be

8  removed from the Master Service List.  Bingham McCutchen LLP will continue to serve as

9  counsel for Ceravision in this matter.

10

11  DATED:  June 24, 2008        Bingham McCutchen LLP

12

13          By: /s/James B. Lewis

14          James B. Lewis
        Attorneys for Plaintiff

15          Ceravision, Limited

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>JAMES B. LEWIS (SBN 71669) |
| 2 | 1900 University Avenue<br>East Palo Alto, CA 94303-2223 |
| 3 | Telephone: 650.849.4400<br>Facsimile: 650.849.4800 |
| 4 | james.lewis@bingham.com |
| 5 | BINGHAM McCUTCHEN LLP<br>R. DANNY HUNTINGTON (PRO HAC VICE) |
| 6 | B. JEFFERSON BOGGS (PRO HAC VICE)<br>SUSAN BAKER MANNING (SBN 197350) |
| 7 | TIMOTHY A MOLINO (PRO HAC VICE)<br>2020 K Street, NW |
| 8 | Washington, DC 20006-1806<br>Telephone: (202) 373-6000 |
| 9 | Facsimile: (202) 373-6001<br>danny.huntington@bingham.com |
| 10 | jeff.boggs@bingham.com<br>susan.manning@bingham.com |
| 11 | timothy.molino@bingham.com |
| 12 | Attorneys for Plaintiff<br>CERAVISION, LIMITED |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CERAVISION, LIMITED, | | No. C 08-02575 SI |
| | Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE** |
| | v. | |
| LUXIM CORPORATION, | | Judge:   Hon. Susan Illston |
| | Defendant. | |

1   On June 24, 2008, Bingham McCutchen LLP, counsel for Plaintiff Ceravision,
2   Limited ("Ceravision") moved to withdraw the appearance of Beth H. Parker, a former partner at
3   the firm.
4   The motion is hereby GRANTED.  Ms. Parker will be deleted from the Master
5   Service List.  Bingham McCutchen LLP remains as counsel for Ceravision.
6   Dated: _____

            _____
            The Honorable Susan Illston
            United States District Judge