| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>JAMES B. LEWIS (SBN 71669) |
| 2 | 1900 University Avenue<br>East Palo Alto, CA  94303-2223 |
| 3 | Telephone:  650.849.4400<br>Facsimile:  650.849.4800 |
| 4 | james.lewis@bingham.com |
| 5 | BINGHAM McCUTCHEN LLP<br>R. DANNY HUNTINGTON (PRO HAC VICE) |
| 6 | B. JEFFERSON BOGGS (PRO HAC VICE)<br>SUSAN BAKER MANNING (SBN 197350) |
| 7 | TIMOTHY A MOLINO (PRO HAC VICE)<br>2020 K Street, NW |
| 8 | Washington, DC 20006-1806<br>Telephone: (202) 373-6000 |
| 9 | Facsimile: (202) 373-6001<br>danny.huntington@bingham.com |
| 10 | jeff.boggs@bingham.com<br>susan.manning@bingham.com |
| 11 | timothy.molino@bingham.com |
| 12 | Attorneys for Plaintiff<br>Ceravision, Limited |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | CERAVISION, LIMITED, | Civil Action No. C 08-02575 SI |
| 19 | Plaintiff, | **NOTICE OF APPEARANCE** |
| 20 | v. | Judge:   Hon. Susan Illston |
| 21 | LUXIM CORPORATION, | |
| 22 | Defendant. | |

A/72572923.1/3008462-0000332920

No. C 08-02575 SI

NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** |
| 2 | PLEASE TAKE NOTICE that attorney James Lewis of Bingham McCutchen |
| 3 | LLP, 1900 University Avenue, East Palo Alto, CA 94303, a member of the State Bar of |
| 4 | California and admitted to practice before this Court, hereby enters an appearance as counsel on |
| 5 | behalf of Plaintiff Ceravision Limited. |
| 6 | |
| 7 | DATED: June 24, 2008 |
| 8 | Bingham McCutchen LLP |

By: /s/James B. Lewis
James B. Lewis
Attorneys for Plaintiff
Ceravision, Limited

A/72572923.1/3008462-0000332920         2         No. C 08-02575 SI

NOTICE OF APPEARANCE