| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>JAMES B. LEWIS (SBN 71669) |
| 2 | 1900 University Avenue<br>East Palo Alto, CA 94303-2223 |
| 3 | Telephone: 650.849.4400<br>Facsimile: 650.849.4800 |
| 4 | james.lewis@bingham.com |
| 5 | BINGHAM McCUTCHEN LLP<br>R. DANNY HUNTINGTON (PRO HAC VICE) |
| 6 | B. JEFFERSON BOGGS (PRO HAC VICE)<br>SUSAN BAKER MANNING (SBN 197350) |
| 7 | TIMOTHY A MOLINO (PRO HAC VICE)<br>2020 K Street, NW |
| 8 | Washington, DC 20006-1806<br>Telephone: (202) 373-6000 |
| 9 | Facsimile: (202) 373-6001<br>danny.huntington@bingham.com |
| 10 | jeff.boggs@bingham.com<br>susan.manning@bingham.com |
| 11 | timothy.molino@bingham.com |
| 12 | Attorneys for Plaintiff<br>CERAVISION, LIMITED |
| 13 | |
| 14 | UNITED STATES DISTRICT COURT |
| 15 | NORTHERN DISTRICT OF CALIFORNIA |
| 16 | SAN FRANCISCO DIVISION |
| 17 | |
| 18 | CERAVISION, LIMITED,     |     No. C 08-02575 SI |
| 19 |         Plaintiff,     |     **[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE** |
| 20 |     v. | |
| 21 | LUXIM CORPORATION,     |     Judge:   Hon. Susan Illston |
| 22 |         Defendant. | |

A/72575418.1/3008462-0000332920                                                                                    NO. C 08-02575 SI

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE

1   On June 24, 2008, Bingham McCutchen LLP, counsel for Plaintiff Ceravision,
2   Limited ("Ceravision") moved to withdraw the appearance of Beth H. Parker, a former partner at
3   the firm.
4   The motion is hereby GRANTED. Ms. Parker will be deleted from the Master
5   Service List. Bingham McCutchen LLP remains as counsel for Ceravision.
6   Dated: _____

_____
The Honorable Susan Illston
United States District Judge

A/72575418.1/3008462-0000332920        1        NO. C 08-02575 SI

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE