IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SEPTEMBER 12, 2008 CASE MANAGEMENT CONFERENCES
    Defendant.
               /

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability, the cases listed below have been continued to WEDNESDAY, OCTOBER 1, 2008, AT 3:30 P.M. The joint case management conference statements shall be filed one week prior to the conference.

C-08-1237.e FATIMA GHAZI v. U.S. DEPT OF STATE
Initial Case Management Conference

-----------

C-08-2575 CERAVISION v. LUXIM CORP
Initial Case Management Conference

-----------

C-08-2777 USA v. APPROXIMATELY $112,365 IN U.S. CURRENCY
Initial Case Management Conference

Dated: August 15, 2008           RICHARD W. WIEKING, Clerk

                            Tracy Sutton
                            Deputy Clerk