IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERAVISION, LIMITED,<br><br>        Plaintiff,<br><br>  v.<br><br>LUXIM CORPORATION,<br><br>        Defendant.<br>_____ / | No. C 08-02575 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 20, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 1, 2009.

DESIGNATION OF EXPERTS: 5/22/09; REBUTTAL: 6/26/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 17, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by July 31, 2009;

    Opp. Due August 14, 2009; Reply Due August 21, 2009;

    and set for hearing no later than September 4, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 3, 2009 at 3:30 PM.

COURT TRIAL DATE: November 16, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed that the Patent Local Rules do not apply to this case.
By October 8, 2009, counsel shall inform the Court of the mediator selected and the date the session is to occur. The Court orders the mediation session to be completed by the end of January 2009.
Any amended pleading shall be filed no later than November 28, 2008.
Privilege logs shall be exchanged by January 9, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                 SUSAN ILLSTON
                                 United States District Judge