| | |
|---|---|
| JAMES B. LEWIS, SBN 71669<br>BINGHAM McCUTCHEN LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303-2223<br>Telephone: 650-849-4400<br>Facsimile: 650-849-4800<br>james.lewis@bingham.com | ROBERT C. MORGAN, SBN 46348<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212-596-9000<br>Facsimile: 212-596-9090<br>robert.morgan@ropesgray.com |
| SAMANTHA STONEWORK, SBN 245788<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: 415-393-2556<br>Facsimile: 415-393-2286<br>samantha.stonework@bingham.com | CLINTON CONNER, SBN 244244<br>ROPES & GRAY LLP<br>525 University Avenue<br>Palo Alto, California 94301<br>Telephone: 650-617-4000<br>Facsimile: 650-617-4090<br>clinton.conner@ropesgray.com |
| R. DANNY HUNTINGTON (PRO HAC VICE)<br>B. JEFFERSON BOGGS (PRO HAC VICE)<br>SUSAN BAKER MANNING, SBN 197350<br>TIMOTHY A MOLINO (PRO HAC VICE)<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, N.W.<br>Washington, DC 20006-1806<br>Telephone: 202-373-6000<br>Facsimile: 202-373-6001<br>danny.huntington@bingham.com<br>jeff.boggs@bingham.com<br>susan.manning@bingham.com<br>timothy.molino@bingham.com | TERRY KEARNEY, SBN 160054<br>MATTHEW A. ARGENTI, SBN 240954<br>CINDY C. LIOU, SBN 252161<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650-493-9300<br>Facsimile: 650-565-5100<br>tkearney@wsgr.com<br>margenti@wsgr.com<br><br>Attorneys for Defendant<br>Luxim Corporation |
| Attorneys for Plaintiff<br>Ceravision, Limited | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CERAVISION LIMITED,<br><br>　　　　Plaintiff<br>　v.<br><br>LUXIM CORPORATION,<br><br>　　　　Defendant. | CASE NO.: C 08-02575 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFING DATE FOR EXCHANGE OF PRIVILEGE LOGS** |

　　　　Plaintiff Ceravision Limited and defendant Luxim Corporation jointly submit this Stipulation and Proposed Order Modifying Date for Exchange of Privilege Logs.

     Pursuant to the Pretrial Preparation Order entered by this Court on October 2, 2008 (Docket No. 46), the parties are currently scheduled to exchange privilege logs by January 9, 2009. The parties are also currently scheduled to participate in a mediation settlement conference before Magistrate Judge Wayne D. Brazil on January 27, 2009. Docket No. 57. The parties thus request a continuance of the date by which they must exchange privilege logs until after the completion of the mediation process. The date for exchange of privilege logs has not been previously modified, and modification of this date will not affect any other scheduling date ordered by the Court.

     Accordingly, the parties stipulate and request the Court to modify the date for exchange of privilege logs to February 13, 2009.

| BINGHAM McCUTCHEN LLP | WILSON SONSINI GOODRICH & ROSATI |
|---|---|
| By: /s/ James B. Lewis<br>    James B. Lewis | By: /s/ Matthew A. Argenti<br>    Matthew A. Argenti |
| Dated: January 8, 2009 | Dated: January 8, 2009 |
| Attorneys for Plaintiff<br>Ceravision Limited | Attorneys for Defendant<br>Luxim Corporation |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____      _____
                                                              The Honorable Susan Illston
                                                              United States District Judge

Filer's Attestation: Pursuant to General Order No. 45, Section X(b) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from James B. Lewis.

Dated: January 8, 2009                        WILSON SONSINI GOODRICH & ROSATI

By: /s/ Matthew A. Argenti
      Matthew A. Argenti

Attorneys for Defendant
Luxim Corporation

STIPULATION AND [PROPOSED] ORDER   -3-
MODIFYING DATE FOR EXCHANGE OF PRIVILEGE LOGS
CASE NO.: C 08-02575 SI