| | |
|---|---|
| JAMES B. LEWIS, SBN 71669<br>BINGHAM McCUTCHEN LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303-2223<br>Telephone: 650-849-4400<br>Facsimile: 650-849-4800<br>james.lewis@bingham.com | ROBERT C. MORGAN, SBN 46348<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212-596-9000<br>Facsimile: 212-596-9090<br>robert.morgan@ropesgray.com |
| SAMANTHA STONEWORK, SBN 245788<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: 415-393-2556<br>Facsimile: 415-393-2286<br>samantha.stonework@bingham.com | TERRY KEARNEY, SBN 160054<br>MATTHEW A. ARGENTI, SBN 240954<br>CINDY C. LIOU, SBN 252161<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650-493-9300<br>Facsimile: 650-565-5100<br>tkearney@wsgr.com<br>margenti@wsgr.com |
| R. DANNY HUNTINGTON (PRO HAC VICE)<br>B. JEFFERSON BOGGS (PRO HAC VICE)<br>SUSAN BAKER MANNING, SBN 197350<br>TIMOTHY A MOLINO (PRO HAC VICE)<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, N.W.<br>Washington, DC 20006-1806<br>Telephone: 202-373-6000<br>Facsimile: 202-373-6001<br>danny.huntington@bingham.com<br>jeff.boggs@bingham.com<br>susan.manning@bingham.com<br>timothy.molino@bingham.com | Attorneys for Defendant<br>Luxim Corporation |

Attorneys for Plaintiff
Ceravision, Limited

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CERAVISION LIMITED,<br><br>　　　　　Plaintiff<br>　　v.<br><br>LUXIM CORPORATION,<br><br>　　　　　Defendant. | CASE NO.: C 08-02575 SI<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING ORDER OF DISMISSAL UPON SETTLEMENT** |

　　　　Plaintiff Ceravision Limited and defendant Luxim Corporation jointly submit this Stipulation and Proposed Order Vacating Order of Dismissal upon Settlement.

STIPULATION AND [PROPOSED] ORDER
VACATING ORDER OF DISMISSAL UPON SETTLEMENT
CASE NO.: C 08-02575 SI

1  Pursuant to the Order of Dismissal upon Settlement entered by this Court on January 29,
2  2009 (Docket No. 61), this case was dismissed with prejudice following notification that the
3  parties had agreed to settlement terms during their January 27, 2009 mediation session.

4  In order to give the parties time to execute their settlement agreement and file it with the
5  United States Patent and Trademark Office, the parties stipulate and request the Court to vacate
6  the Order of Dismissal upon Settlement. The parties will file a stipulation of dismissal with the
7  Court after they have filed the settlement agreement with the USPTO.

| BINGHAM McCUTCHEN LLP | WILSON SONSINI GOODRICH & ROSATI |
|---|---|
| By: /s/ R. Danny Huntington<br>R. Danny Huntington | By: /s/ Matthew A. Argenti<br>Matthew A. Argenti |
| Dated: February 5, 2009 | Dated: February 5, 2009 |
| Attorneys for Plaintiff<br>Ceravision Limited | Attorneys for Defendant<br>Luxim Corporation |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____  _____
The Honorable Susan Illston
United States District Judge

A further case management conference has been scheduled to
occur on Friday, March 13, 2009, at 3 p.m.

STIPULATION AND [PROPOSED] ORDER
VACATING ORDER OF DISMISSAL UPON SETTLEMENT
CASE NO.: C 08-02575 SI

-2-

1
2  Filer's Attestation: Pursuant to General Order No. 45, Section X(b) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from R. Danny Huntington.
3
4  Dated: February 5, 2009                    WILSON SONSINI GOODRICH & ROSATI
5                                              By: /s/ Matthew A. Argenti
                                                    Matthew A. Argenti
6                                              Attorneys for Defendant
                                                Luxim Corporation
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER                -3-
VACATING ORDER OF DISMISSAL UPON SETTLEMENT
CASE NO.: C 08-02575 SI