JAMES B. LEWIS, SBN 71669
BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: 650-849-4400
Facsimile: 650-849-4800
james.lewis@bingham.com

R. DANNY HUNTINGTON (PRO HAC VICE)
B. JEFFERSON BOGGS (PRO HAC VICE)
SUSAN BAKER MANNING, SBN 197350
TIMOTHY A. MOLINO (PRO HAC VICE)
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, DC 20006-1806
Telephone: 202-373-6000
Facsimile: 202-373-6001
danny.huntington@bingham.com
jeff.boggs@bingham.com
susan.manning@bingham.com
timothy.molino@bingham.com

Attorneys for Plaintiff
Ceravision, Limited

TERRY KEARNEY, SBN 160054
MATTHEW A. ARGENTI, SBN 240954
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650-493-9300
Facsimile: 650-565-5100
tkearney@wsgr.com
margenti@wsgr.com

Attorneys for Defendant
Luxim Corporation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CERAVISION LIMITED,<br><br>    Plaintiff<br>  v.<br><br>LUXIM CORPORATION,<br><br>    Defendant. | CASE NO.: C 08-02575 SI<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

1  Plaintiff Ceravision Limited and defendant Luxim Corporation hereby stipulate that all
2  claims raised in the Complaint and all counterclaims in the above-identified action shall be
3  dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own
4  attorneys' fees and costs.

5  Respectfully Submitted,

6  BINGHAM McCUTCHEN LLP                    WILSON SONSINI GOODRICH & ROSATI

7
   By: /s/ R. Danny Huntington              By: /s/ Matthew A. Argenti
8      R. Danny Huntington                      Matthew A. Argenti

9  Dated: April 16, 2009                    Dated: April 16, 2009

10 Attorneys for Plaintiff                  Attorneys for Defendant
   Ceravision Limited                       Luxim Corporation
11

12

13 Additional Counsel:

14 SAMANTHA STONEWORK, SBN 245788
   BINGHAM McCUTCHEN LLP
15 Three Embarcadero Center
   San Francisco, CA 94111
16 Telephone: 415-393-2556
   Facsimile: 415-393-2286
17 samantha.stonework@bingham.com

18 Attorneys for Plaintiff
   Ceravision, Limited
19

20 ROBERT C. MORGAN, SBN 46348
   ROPES & GRAY LLP
21 1211 Avenue of the Americas
   New York, NY 10036
22 Telephone: 212-596-9000
   Facsimile: 212-596-9090
23 robert.morgan@ropesgray.com

24 Attorneys for Defendant
   Luxim Corporation
25

26

27  PURSUANT TO STIPULATION of the parties and Fed. R. Civ. P. 41(a)(1),
28
    IT IS HEREBY ORDERED that this action, including all claims and

STIPULATION AND [PROPOSED] ORDER OF        -2-
DISMISSAL WITH PREJUDICE
CASE NO.: C 08-02575 SI

counterclaims asserted therein, is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated:_____ _____
The Honorable Susan Illston
United States District Judge

Filer's Attestation: Pursuant to General Order No. 45, Section X(b) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Matthew A. Argenti.

Dated: April 16, 2009        BINGHAM McCUTCHEN LLP

By: /s/ R. Danny Huntington
      R. Danny Huntington

Attorneys for Plaintiff
Ceravision Limited